

ATTACHMENT A

**Maintain User Account**

| | | | |
|---|---|---|---|
| **Last name** | Patton | **First name** | Thomas |
| **Middle name** | E. | **Generation** | |
| **Title** | | **Type** | Attorney ▼ |
| **Office** | TIGHE, PATTON, ARMSTRONG, TEASDALE PLLC | | |
| **Address 1** | | | |
| **Address 2** | 1747 Pennsylvania Avenue, NW | | |
| **Address 3** | Suite 300 | | |
| **City** | Washington | **State** DC | **Zip** 20006 |
| **Country** | | **County** | ▼ |
| **Phone** | (202) 454-2840 | **Fax** | (202) 454-2805 |
| **Bar Id** | 009761 | **Bar status** | Active ▼ |

**Initials** _____  **DOB** _____  **AO code** _____  **End date** _____

Email information...    More user information...

Submit    Clear

09/11/2002 2:47

## More User Information for Thomas E. Patton



**Login**    pattont6189

**Password**    nyji>nig

**Registered**    Y  ▼

**Groups**
Administrator  ▲
Attorney
Chambers
Court Reporters  ▼

| **Allow access in addition to group permissions** | | **Deny access regardless of group permissions** | |
|---|---|---|---|
| Dispatch.pl:Dispatch.pl | ▲ | Dispatch.pl:Dispatch.pl | |
| Dispatch.pl:DocketSheet.pl | | Dispatch.pl:DocketSheet.pl | |
| Dispatch.pl:OpenCvCase | | Dispatch.pl:OpenCvCase | |
| Dispatch.pl:adr | | Dispatch.pl:adr | |
| Dispatch.pl:answer | ▼ | Dispatch.pl:answer | |

Return to Account screen        Clear